# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3630
LT Case No. 05-2016-CF-021386-A

_____

JOSEPH J. LUZIER, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

Jospeh J. Luzier, III, Doral, pro se.

No Appearance for Appellee.

January 27, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____